IN THE UNITED STATES DISTRICT COURT
FOR THE ~~_____~~ DISTRICT OF OHIO
_____ DIVISION

Robert W. Johnson,
(Enter Above the Name of the Plaintiff in this Action)

Case: 2:22-cv-12093
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 9/6/2022
Description: COMP JOHNSON V. CORRECTIONS COMMISSION OF NORTHWEST OHIO, ET. AL (KB)

vs.

Corrections Commission of Northwest Ohio, et al.
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Dennis Sullivan, Lori Barreras, J. Rita McNeil Danish, William Patmon III, Madhu Singh, Charlie Winburn, Angela Phelps White, Inder F. LeVesque, Stephanie L. Schoolcraft, Fishel, Downey, Albrecht & Riepenhoff LLP & Ohio Civil Rights Commission.

COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Robert W. Johnson
Name - Full Name Please - PRINT

112 Court St., APT. 2
Street Address

Watertown, NY 13601
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

FILED
SEP 06 2022
CLERK'S OFFICE
DETROIT

Defendants:
Dennis Sullivan, Lori Barreras, J. Rita McNeil Danish, William Patmon III, Madhu Singh, Charlie Winburn, Angela Phelps-White, Inder F. LeVesque, Stephanie L. Schoolcraft & Fishel, Downey, Albrecht & Riepenhoff LLP and Ohio Civil Rights Commission.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Corrections Commission of Northwest Ohio
   Name - Full Name Please
   03151 County Road 2425; Stryker, OH 43557.
   Address: Street, City, State and Zip Code

2. Dennis Sullivan
   03151 County Road 2425; Stryker, OH 43557.

3. Lori Barreras
   One Government Center; 640 Jackson St.; STE 936; Toledo, OH 43604

4. J. Rita McNeil Danish
   640 Jackson St.; STE. 936; Toledo, OH 43604

5. William Patmon III
   640 Jackson St.; STE. 936; Toledo, OH 43604.

6. Madhu Singh
   640 Jackson St.; STE. 936; Toledo, OH 43604

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

-2-

Defendants:

7. Charlie Winburn
   640 Jackson St.; STE. 936; Toledo, OH 43604.

8. Angela Phelps White
   640 Jackson St.; STE. 936; Toledo, OH 43604.

9. Inder F. LeVesque
   640 Jackson St.; STE. 936; Toledo, OH 43604.

10. Stephanie L. Schoolcraft
    7775 Walton PKWY.; Suite 200; New Albany, OH 43054.

11. Fishel, Downey, Albrecht & Riepenhoff LLP
    7775 Walton PKWY.; SUITE 200; New Albany, OH 43054.

12. Ohio Civil Rights Commission
    640 Jackson St.; STE. 936; Toledo, OH 43604

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Robert W. Johnson was discriminated against for Employment by Corrections Commission of Northwest Ohio, Dennis Sullivan, Stephanie L. Schoolcraft and Fishel Downey Albrecht & Riepenhoff LLP and denied Due Process for Employee Applicants. Lori Barrera's, J. Rita McNeil Danish, William Patmon III, Madhu Singh, Charlie Winburn, Angela Phelps-White, Inder F. LeVesque & Ohio Civil Rights Commission denied Robert W. Johnson Due Process Rights and merits for Employment Discriminations.



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Lori Barreras, Chair | J. Rita McNeil Danish | William Patmon, III | Madhu Singh | Charlie Winburn
Executive Director Angela Phelps-White

April 28, 2022                                          ***Mailed on April 28, 2022

Robert W. Johnson                      Dennis Sullivan, Executive Director
112 Court Street Apt. 2                Corrections Commission of Northwest Ohio
Watertown, NY 13601                03151 County Road 2425
robertojohnsino365@gmail.com        Stryker, OH 43557
                                                    ccnoregional@gmail.com

## LETTER OF DETERMINATION
Robert W. Johnson v. Corrections Commission of Northwest Ohio
TOL72(41315)12132021/22A-2022-01134C

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission ("Commission") alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After receiving the charge, the Commission conducted an investigation into Charging Party's allegation(s) against Respondent. During the investigation, the Commission considered relevant documents and testimony. The information gathered does not support a recommendation that Respondent unlawfully discriminated against Charging Party. Specifically, information shows Charging Party failed to answer specific questions to be considered for the position of Corrections Officer. Further, Charging Party never submitted an application for the vacant Correction Officer position. Respondent deemed another applicant qualified for the position of Corrections Officer.

**DECISION:**
The Ohio Civil Rights Commission determines it is **NOT PROBABLE** that Respondent has engaged in an unlawful discriminatory practice in violation of Ohio Revised Code Chapter 4112. Therefore, the Commission hereby orders that this matter be **DISMISSED**.

Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO REQUEST RECONSIDERATION:**
Pursuant to Ohio Administrative Code § 4112-3-04, you have the right to request reconsideration of the Commission's determination. The application must be in writing and state specifically the grounds upon which it is based. You must submit the request for reconsideration, along with all additional evidence or supporting documentation, within **TEN (10) days** of the date of mailing of this notice.

---

TOLEDO REGIONAL OFFICE | One Government Center 640 Jackson St., Suite 936 Toledo, OH 43604
PHONE: 419-245-2900 | TOLL FREE: 1-888-278-7101 | TTY: 614-752-2391 | FAX: 419-245-2668
www.crc.ohio.gov

Robert W. Johnson v. Corrections Commission of Northwest Ohio
TOL72(41315)12132021/22A-2022-01134C
Page 2

This request must be sent to the Compliance Department, Ohio Civil Rights Commission, 30 East Broad Street, 5th Floor, Columbus, Ohio 43215. Any application for reconsideration received after the ten-day period has expired will be deemed untimely.

The Commission's Rules do not permit any employee of the Commission to grant any extension to this ten-day filing period. If you wish to appear before the Commissioners to present oral arguments in support or your request for reconsideration, you must specifically make a request to appear in writing.

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity Commission (EEOC), you have the right to request that the EEOC conduct a review of the Commission finding. The request for such a review must be sent directly to the EEOC State and Local Coordinator at 101 W. Ohio St., Suite 1900, Indianapolis, IN 46204. To secure such a review, you must request it in writing within **FIFTEEN (15) days** of Commission's finding, unless you request a reconsideration by Commission. In that event, our final finding, and the time for you to request review by EEOC, will be determined by Commission's action on your reconsideration request.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Inder F. LeVesque*
Inder F. LeVesque
Toledo Regional Director

| | | |
|---|---|---|
| cc: | **Representative for Charging Party:**<br>None on Record | **Representative for Respondent:**<br>Stephanie L. Schoolcraft, Partner<br>Fishel Downey Albrecht & Riepenhoff LLP<br>7775 Walton Parkway, Suite 200<br>New Albany, OH 43054<br>sschoolcraft@fisheldowney.com |

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Lori Barreras – Chair
William W. Patmon, III
Madhu Singh
J. Rita McNeil Danish
Charlie Winburn



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging A. Party,**         )<br>                                )<br>   **Robert W. Johnson**         )<br>                                )<br>**v.**                          )<br>                                )<br>**Respondent,**                 )<br>                                )<br>   **Corrections Commission of Northwest** )<br>   **Ohio**                     ) | Charge No. TOL72(41315)12132021<br>22A-2022-01134 |

## NOTICE OF RIGHT TO SUE

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

FOR THE COMMISSION

*Inder F. LeVesque*
Inder F. LeVesque
Toledo Regional Director
640 Jackson Street, Suite 936
Toledo, OH 43604
419-245-2900

Date mailed: April 28, 2022

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

$100,000,000.00 for punitive damages; Employment; All other Reliefs Just & Proper.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 30TH day of April, 2022.

Robert W. Johnson
Signature of Plaintiff

-4-

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Civil Cover Sheet, Civil Complaint & IFP Application on 04/30/2022 upon:

1. Court Clerk: U.S. Courts:
   85 Marconi Blvd. #121; Columbus, OH 43215.

Robert W. Johnson
Robert W. Johnson

04/30/2022

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson

**DEFENDANTS**
Corrections Commission of Northwest Ohio

(b) County of Residence of First Listed Plaintiff: Jefferson
County of Residence of First Listed Defendant: Williams

(c) Attorneys (Firm Name, Address, and Telephone Number)
112 Court St., Apt. 2, Watertown, NY 13601

Attorneys (If Known): N/A

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1 — DEF [X] 4 (Incorporated or Principal Place of Business In This State)

## IV. NATURE OF SUIT
[X] 442 Employment
[X] 443 Housing/Accommodations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Federal Question; Due Process Rights, Employment Discriminations; Due Process.

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 100,000,000.00
JURY DEMAND: [X] Yes

DATE: 04/30/2022
SIGNATURE OF ATTORNEY OF RECORD: Robert W. Johnson

TO WHOM IT MAY CONCERN

I AM REQUESTING A CHANGE OF VENUE DUE TO CONFLICTS OF INTERESTS

Robert W Johnson
Robert W. Johnson

08/30/2022

ROBERT W. JOHNSON
112 COURT ST., APT. 2
WATERTOWN, NY 13601

COURT CLERK; U.S. COURTS
231 WEST LAFAYETTE BLVD.; ROOM 564
DETROIT, MI 48226






